IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUSTIN WHITE                                                                 PLAINTIFF

V.                                          NO. 10-3078

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration              DEFENDANT


**J U D G M E N T**


For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses

the decision of the ALJ and remands this case to the Commissioner for further proceedings

consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have

sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of February, 2012.




/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)